IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gesiakowski, Angelique

Printed: 6/10/08

Case Number: 06 B 15323
Judge: Wedoff, Eugene R
Filed: 11/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: June 4, 2008
Confirmed: February 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,680.00 |  |
| Secured: |  | 4,623.28 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 750.00 |
| Trustee Fee: |  | 306.72 |
| Other Funds: |  | 0.00 |
| Totals: | 5,680.00 | 5,680.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Devona & Hough | Administrative | 750.00 | 750.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 873.68 | 688.89 |
| 4. | Countrywide Home Loans Inc. | Secured | 4,989.79 | 3,934.39 |
| 5. | ECast Settlement Corp | Unsecured | 2,938.84 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 235.74 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 2,152.21 | 0.00 |
| 8. | DaimlerChrysler Financial | Unsecured | 5,957.70 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 118.14 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,358.60 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,893.05 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 60.33 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 238.08 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 912.93 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 152.82 | 0.00 |
| 16. | B-Line LLC | Unsecured | 408.21 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 151.32 | 0.00 |
| 18. | Harris Bank | Secured |  | No Claim Filed |
| 19. | Bank One | Unsecured |  | No Claim Filed |
| 20. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 21. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | Nextcard Payment Services | Unsecured |  | No Claim Filed |
| 24. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 25. | Wells Fargo Fin Acceptance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gesiakowski, Angelique | Case Number:  06 B 15323 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/10/08 | Filed:  11/21/06 |

```
                              _____      _____
                              $ 24,191.44     $ 5,373.28
```

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 306.72 |
| | _____ |
| | $ 306.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____